1

2

3

4

**IN THE UNITED STATES DISTRICT COURT**

5

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7

| | |
|---|---|
| CLETE REO HART, | |
| Plaintiff, | No. 2:05-CV-1932-RRB-KJM-P |
| vs. | |
| JULIO VALDEZ, <u>et al.</u>, | **ORDER** |
| Defendants. | |

8

9

10

11

12

13

Plaintiff Clete Reo Hart("Plaintiff"), a state prisoner
filing pro se, has filed this civil rights action seeking relief
under 42 U.S.C. § 1983.  The matter was referred to a United States
Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local
General Order No. 262.

14

15

16

17

18

On May 23, 2006, Magistrate Judge Kimberly J. Mueller
filed Findings & Recommendations (Docket No. 12) herein, which were
served on Plaintiff and which contained notice to Plaintiff that
any objections to the same were to be filed within twenty days.
Plaintiff has not filed objections to the Findings &
Recommendations.

19

20

21

22

23

24

25

26

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:05-CV-1932-RRB-KJM-P

The Court has reviewed the file and finds the Findings & Recommendations (Docket No. 12) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations (Docket No. 12), filed on May 23, 2006, are adopted in full; and

2. Plaintiff's Complaint (Docket No. 1) is **DISMISSED** without leave to amend.

**ENTERED** this 26th day of July, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:05-CV-1932-RRB-KJM-P